Michael P. Stark (State Bar No. 005040)
STARK WILLIAMSON & CLAUSEN LLP
2700 N. Central Ave., Suite 1400
Phoenix, AZ 85004
Telephone: (602) 285-4415
Facsimile: (602) 285-4483
e-mail: swc@swclawyers.com

Wendy R. Fleishman (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
E-mail: wfleishman@lchb.com

Kent L. Klaudt (*Pro Hac Vice*)
Cecilia Han (*Pro Hac Vice*)
Lisa J. Cisneros (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-mail: kklaudt@lchb.com
E-mail: chan@lchb.com
E-mail: lcisneros@lchb.com

*Attorneys for Plaintiff Cristina Ramirez*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cristina Ramirez,<br><br>Plaintiff,<br><br>vs.<br><br>Medtronic, Inc., a Minnesota corporation; Medtronic Sofamor Danek, USA, Inc.,<br><br>Defendants. | Case No. 2:13-cv-00512-SPL<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK USA, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)** |

Pursuant to Fed. R. Evid. Rule 201(b), Plaintiff Cristina Ramirez respectfully requests that the Court take judicial notice of the following appended documents in support of her Opposition to Defendants Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc.'s Motion to Dismiss Plaintiff's Complaint:

Exhibit A: *Letter from Senator Charles E. Grassley to Mr. Bill Hawkins, President and CEO of Medtronic, dated September 30, 2008*, available at http://www.finance.senate.gov/newsroom/ranking/release/?id=10014db8-2710-44e9-8398-6bda246f08df

Exhibit B: *Letter from Senators Charles E. Grassley and Max Baucus to Mr. Omar Ishrak, Chairman and CEO of Medtronic, dated June 21, 2011*, available at http://www.finance.senate.gov/newsroom/chairman/release/?id=a7e974b6-b4b6-4e2c-a738-edefac30fcb6

Exhibit C: *Letter from Senators Charles E. Grassley, Herb Kohl and Richard Blumenthal to Mr. Omar Ishrak, Chairman and CEO of Medtronic, dated December 13, 2011*, available at http://www.grassley.senate.gov/about/upload/Medtronic.pdf

Exhibit D: *Staff Report on Medtronic's Influence on Infuse Clinical Studies*, prepared by the Staff of the Committee on Finance for the United States Senate, available at http://www.finance.senate.gov/newsroom/chairman/download/?id=e54db17c-a475-4948-bd81-69c8740c6aaf

Exhibit E: *FDA Approved Labeling - Important Medical Information for InFUSE™ Bone Graft/LT-Cage™ Lumbar Tapered Fusion Device*, available at http://www.accessdata.fda.gov/cdrh_docs/pdf/P000058c.pdf

Exhibit F: August 20, 2012 Notice of Ruling Re: Denial of Medtronic's Motion for Summary Judgment, No. BC465313, *Cabana v. Stryker Biotech LLC*, (Superior Court for the County of Los Angeles).

Exhibit G: February 21, 2013 Order Re: Defendants' Motion to Dismiss and Request for Oral Argument, No. 12CV40, *Huggins v. Medtronic Inc.*, (District Court, Denver, CO).

Exhibit H: March 5, 2013 Order on Defendants' Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc.'s Motion to Dismiss, No. 12-31442 CA 06, *Martinez v. Oppenheimer*, (Circuit Court of Florida for Miami-Dade County).

Exhibit I: June 22, 2012 Judgment of Dismissal in Favor of Defendants Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc., No. SC112290, *Coleman v. Medtronic Inc., et al.*, (Superior Court for the County of Los Angeles).

Exhibit J: April 23, 2013 Order Granting Defendants' Motion to Dismiss, No. *McCormick v. Medtronic, Inc.*, No. 368532 (Md. Cir. Ct. April 19, 2013);

This Request is made pursuant to Fed. R. Evid. 20l (b)(2), which provides that the Court may take judicial notice of any facts "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned."

As to Exhibits A through D, which relate to the investigation of Medtronic's marketing practices in connection with Infuse® by the Finance Committee of the United States Senate, Plaintiff requests that the Court take judicial notice of certain publically available documents pertaining to the investigation and Staff Report. *See Carolene Products Co. v. United States*, 323 U.S. 18, 28 (1944) (approving judicial notice of reports of committees of the House of Representatives and the Senate showing legislative considerations); *Madison Servs., Inc. v. United States*, 92 Fed. Cl. 120, 131 (Fed. Cl. 2010) (noting that a court may take judicial notice of a congressional staff report); *Reese v. McGraw-Hill Cos*., 2012 U.S. Dist. LEXIS 83753, at *2-3 (S.D.N.Y March 30, 2012)

(taking judicial notice of the existence of a Staff Report by the U.S. Senate Permanent Subcommittee on Investigations). Furthermore, the contents of these documents were alleged in Plaintiff's Complaint and their authenticity is capable of accurate and ready determination through the internet hyperlinks noted above, all of which pertain to the Senate Finance Committee's official website. *See Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) (granting judicial notice for documents "whose contents are alleged in a complaint and whose authenticity no party questions, but which are not physically attached to the plaintiff's pleading[]") (alteration marks omitted).

As to Exhibit E, the Court may take notice of publicly available and/or official documents issued by the U.S. Food and Drug Administration ("FDA") because they provide facts that are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b); *see also In re Epogen & Aranesp Off-Label Mktg. & Sales Practices Litig*., 590 F. Supp. 2d 1282, 1286 (C.D. Cal. 2008) (judicially noticing drug labels that were publicly available on the FDA website); *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

As to Exhibits F through K, Plaintiff requests that the Court take notice of the court orders included therein. These court rulings are matters of public record and their accuracy can be readily ascertained. *Collins v. Wells Fargo Bank*, 2013 U.S. Dist. LEXIS 36196, at *17-18 (D. Ariz. March 15, 2013) (citing *In re Silicon Graphics Inc. Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 2002)).

Dated this 20th day of May, 2013

STARK WILLIAMSON & CLAUSEN LLP

By: /s/ *Michael P. Stark*
Michael P. Stark

Michael P. Stark (State Bar No. 005040)
STARK WILLIAMSON & CLAUSEN LLP
2700 N. Central Ave., Suite 1400
Phoenix, AZ 85004
Telephone: (602) 285-4415
Facsimile: (602) 285-4483
Firm Email: swc@swclawyers.com

Wendy R. Fleishman (*Pro Hac Vice*)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355- 9592

Kent L. Klaudt (*Pro Hac Vice*)
Cecilia Han (*Pro Hac Vice*)
Lisa J. Cisneros (*Pro Hac Vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956 -1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiff Cristina Ramirez*