# EXHIBIT 7

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT, IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 12-31442 CA 06

LAZARO MARTINEZ,

    Plaintiff.

v.

JEFFREY OPPENHEIMER, M.D.; SHARON ATARA KANE, M.D.; PARTNERS IN RADIOLOGY, LLC d/b/a SOUTH FLORIDA DIAGNOSTIC IMAGING; a Florida Limited Liability Company; MEDTRONIC, INC., a Minnesota corporation, and MEDTRONIC SOFAMOR DANEK USA, INC., a Tennessee corporation,

    Defendant.

_____/

## ORDER ON DEFENDANTS' MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK USA, INC.'S MOTION TO DISMISS

This Cause having been fully briefed by all interested parties and having come before the Court for argument on March 1, 2013, and the Court, having heard argument from all parties, it is hereby:

ORDERED AND ADJUDGED as follows:

1. Defendants' MEDTRONIC, INC. and MEDTRONIC SOFAMOR DANEK USA, INC'S Motion to Dismiss is DENIED.

2. Plaintiff shall amend Count VIII of the Complaint by interlineation to include allegations regarding Defendants' responsibilities to conduct Post Market Surveillance in accordance with an approved postmarket surveillance plan. *See* 21 C.F.R. § 822.

3. Upon interlineation, Defendants shall have twenty (20) days to provide an Answer

*David C. Miller*
*Circuit Court Judge*
MAR 05 2013
Conformed Copy

1

3/5/13 DAVID C. MILLER
Circuit Court Judge

to the Complaint.

        DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this __5__ day of __Mar__ 2013.

                                                  _see pg 1_
                                          The Honorable David Miller
                                          Circuit Judge

## CERTIFICATE OF SERVICE

        I HEREBY CERTIFY that a true and correct copy of this Complaint was sent by email to: **Benjamine Reid, Esq.**, Carlton Fields, P.A., breid@carltonfields.com, asola@carltonfields.com, miaecf@cfdom.net; **Andrew Tauber, Esq.**, Mayer Brown, atauber@mayerbrown.com, snoveck@mayerbrown.com, **Megan Sincore, Esq.**, Lubell & Rosen, mcs@lubellrosen.com; **Katherine Hunter, Esq.**, Chimpoulis, Hunter & Lynn, P.A., khunter@chl-law.com; **Steven M. Lury, Esq.**, Quintairos, Prieto, Wood & Boyer, P.A., slury.pleadings@qpwblaw.com; **Justin C. Leto, Esq.**, The Leto Law Firm, service@letolaw.com; **Joel Perwin, Esq.**, jperwin@perwinlaw.com.

                                            _____
                                            Judicial                    Assistant