# EXHIBIT I

Michael K. Brown (SBN 104252)
Lisa M. Baird (SBN 179958)
Mildred Segura (SBN 210850)
Elizabeth G. Minerd (SBN 260971)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:    213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendants
Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc.

FILED
LOS ANGELES SUPERIOR COURT
JUN 22 2012
JOHN A. CLARKE, CLERK
BY MANNY MARIANO, DEPUTY

ENTERED
SUSTAIN

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| JOHN COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC.; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>    Defendants. | Case No. SC112290<br><br>[PROPOSED] JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK USA, INC.<br><br>Compl. Filed:    April 19, 2011<br>FAC Filed:    November 18, 2011<br>SAC Filed:    February 21, 2012<br>TAC Filed:    April 20, 2012<br><br>Honorable Cesar C. Sarmiento<br>Dept. J |

1  Pursuant to this Court's order dated June 13, 2012, sustaining Defendants Medtronic, Inc.
2  and Medtronic Sofamor Danek USA, Inc.'s ("Medtronic") Demurrer to Plaintiff's Third Amended
3  Complaint *without* leave to amend,

5  **IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Third Amended
6  Complaint is **DISMISSED WITH PREJUDICE**. A final **JUDGMENT OF DISMISSAL** is
7  hereby entered against Plaintiff and in favor of Medtronic. Plaintiff shall take nothing by way of his
8  claims against Medtronic and Medtronic is entitled to recover its costs of suit.

10  DATED: 6-22-12

12  _____
    Honorable Cesar C. Sarmiento

[PROPOSED] JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK USA, INC.

# PROOF OF SERVICE
### *John Coleman vs. Medtronic, Inc., et al.*
### Case No. SC112290

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On June 18, 2012, I served the following document(s) by the method indicated below: **[PROPOSED] JUDGMENT OF DISMISSAL IN FAVOR OF DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK USA, INC.**

| | |
|---|---|
| ☐ | by transmitting via email to *jgocallahan@girardikeese.com* and *cteeman@girardikeese.com* on the noted date the document(s) listed above. |
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
| ☐ | by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service. |

| | |
|---|---|
| Jim O'Callahan<br>Thomas V. Girardi<br>Girardi Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA 90017 | *Attorneys for Plaintiff*<br><br>Tel: (213) 977-0211<br>e-mail: jgocallahan@girardikeese.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 18, 2012, at Los Angeles, California.

*/s/ Sandra Garcia*
Sandra Garcia

Michael K. Brown (SBN 104252)
Lisa M. Baird (SBN 179958)
Mildred Segura (SBN 210850)
Elizabeth G. Minerd (SBN 260971)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendants
Medtronic, Inc. and Medtronic Sofamor Danek
USA, Inc.

**FILED**
LOS ANGELES SUPERIOR COURT
JUN 18 2012
JOHN A. CLARKE, CLERK
BY ANDRE WILLIAMS, DEPUTY

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| JOHN COLEMAN,<br><br>                    Plaintiff,<br><br>       vs.<br><br>MEDTRONIC, INC.; MEDTRONIC SOFAMOR DANEK USA, INC.; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>                    Defendants. | Case No. SC112290<br><br>**NOTICE OF RULING SUSTAINING DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK USA, INC.'S DEMURRER TO PLAINTIFF'S THIRD AMENDED COMPLAINT *WITHOUT* LEAVE TO AMEND**<br><br>Compl. Filed:     April 19, 2011<br>FAC Filed:         November 18, 2011<br>SAC Filed:         February 21, 2012<br>TAC Filed:         April 20, 2012<br><br>Honorable Cesar C. Sarmiento<br>Dept. J |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 13, 2012, the Honorable Cesar C. Sarmiento of the above-entitled Court sustained Defendants Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc.'s ("Medtronic") Demurrer to Plaintiff's Third Amended Complaint *without* leave to amend. A true and correct copy of the Court's minute order is attached hereto as Exhibit "A."

DATED: June 18, 2012                                    REED SMITH LLP

By _Elizabeth Minerd_
Michael K. Brown
Mildred Segura
Elizabeth G. Minerd
Attorneys for Defendants
Medtronic, Inc. and Medtronic Sofamor Danek USA, Inc.

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 06/13/12 | DEPT. WE-J |
| HONORABLE CESAR C. SARMIENTO  JUDGE | MANNY MABUNGA  DEPUTY CLERK |
| HONORABLE _____ JUDGE PRO TEM | ELECTRONIC RECORDING MONITOR |
| NONE  Deputy Sheriff | NONE  Reporter |

4:00 pm  SC112290

JOHN COLEMAN
VS
MEDTRONICS CORPORATION ET. AL.

Plaintiff Counsel: NO APPEARANCES
Defendant Counsel:

VOL. 3 IS OPEN VOL. & IN DEPT.
VOL. 2 IS BEHIND DEPT. I

**NATURE OF PROCEEDINGS:**

DEFENDANT'S DEMURRER TO THE THIRD AMENDED COMPLAINT:

In the above-matter heretofore submitted, the court rules as follows:

RULING:

Defendants' Demurrer is Sustained Without Leave to Amend.

ANALYSIS:

1.                    Prior Rulings
The Court sustained a demurrer to the Second Amended Complaint with leave to amend, noting that Plaintiff filed a proposed Third Amended Complaint with the opposition to the demurrer that appeared to cure many of the subject defects. The Court held that Plaintiff could NOT state a claim for strict liability under a design defect theory, and sustained a demurrer without leave to amend to that claim. The Court held that Plaintiff could state a cause of action, per Riley, based on a failure to warn theory relating to off-label promotion of the subject product.

2.                    First Cause of Action
Plaintiff filed his Third Amended Complaint, which includes a first cause of action for strict liability   design defect, despite the Court's

Page   1 of   5   DEPT. WE-J

MINUTES ENTERED
06/13/12
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | |
|---|---|
| DATE: 06/13/12 | DEPT. WE-J |
| HONORABLE CESAR C. SARMIENTO JUDGE | MANNY MABUNGA DEPUTY CLERK |
| HONORABLE _____ JUDGE PRO TEM | _____ ELECTRONIC RECORDING MONITOR |
| NONE Deputy Sheriff | NONE Reporter |

4:00 pm  SC112290

JOHN COLEMAN
VS
MEDTRONICS CORPORATION ET. AL.

Plaintiff Counsel: NO APPEARANCES
Defendant Counsel:

VOL. 3 IS OPEN VOL. & IN DEPT.
VOL. 2 IS BEHIND DEPT. I

**NATURE OF PROCEEDINGS:**

admonishment not to include such a cause of action in the Third Amended Complaint. Defendants note this in their demurrer, and Plaintiff's opposition is entirely silent in this regard. The demurrer is sustained without leave to amend.

3.           Stengel
The Court, on 4/12/12, in ruling on the demurrer to the SAC, held that the proposed TAC adequately stated a claim for failure to warn based on off-label use of the subject product. The Court relied on Riley v. Cordis Corp. (D. Minn. 2009) 625 F.Supp.2d 769, 776-777 in rendering its decision.

Several days after the Court's 4/12/12 ruling, the 9th Circuit issued a ruling in Stengel v. Medtronic, Inc., 676 F.3d 1159 (9th Cir. 2012). Defendants argue that, with the issuance of the Stengel opinion, it is now clear that Plaintiff cannot state a cause of action for failure to warn under an off-label promotion theory.

After reviewing Stengel and considering the oral arguments, as well as the other cases cited by the parties, the Court is inclined to sustain the demurrer without leave to amend at this time. The Court has, at all times in considering this case, relied heavily on dicta in Riley, supra, suggesting that a plaintiff could state a claim based on off-label promotion if the plaintiff alleged (a) Defendants affirmatively promoted the off-label use

Page   2 of   5      DEPT. WE-J

MINUTES ENTERED
06/13/12
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 06/13/12 | | DEPT. WE-J |
| HONORABLE CESAR C. SARMIENTO  JUDGE | MANNY MABUNGA | DEPUTY CLERK |
| HONORABLE                         JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| NONE                              Deputy Sheriff | NONE | Reporter |

| 4:00 pm | SC112290 | Plaintiff Counsel | NO APPEARANCES |
| | JOHN COLEMAN VS MEDTRONICS CORPORATION ET. AL. | Defendant Counsel | |
| | VOL. 3 IS OPEN VOL. & IN DEPT. VOL. 2 IS BEHIND DEPT. I | | |

**NATURE OF PROCEEDINGS:**

of the subject device in a manner that violates federal law, and (b) that, while promoting the device in violation of federal law, Defendant failed to include adequate warnings and directions about the off-label use that it was promoting. As noted above, however, this portion of Riley was purely dicta.

Stengel relied on an implied preemption finding to conclude that claims based on a failure to warn based on failure to report adverse events to the FDA were barred. The Court held that these claims were impliedly preempted because they would involve imposing a state requirement that is different from or in addition to the federal requirement and therefore preempted.

When read in connection with Riegel and the other cases cited by Defendant, it appears the courts are heading in the direction of finding implied preemption for Plaintiff's claims. As Defendant notes, Plaintiff would require Defendant to give warnings different from, or in addition to, those required by the FDA.

After reviewing the cases, and after hearing oral argument on the issues, the Court finds that Riley was mere dicta, and that Plaintiff has not pled a claim against Defendant that survives the preemption defense. The demurrer is therefore sustained without leave to amend at this time.

Page 3 of 5    DEPT. WE-J

MINUTES ENTERED
06/13/12
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| DATE: 06/13/12 | | | DEPT. WE-J |
|---|---|---|---|
| HONORABLE CESAR C. SARMIENTO | JUDGE | MANNY MABUNGA | DEPUTY CLERK |
| HONORABLE | JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| NONE | Deputy Sheriff | NONE | Reporter |

| 4:00 pm | SC112290<br><br>JOHN COLEMAN<br>VS<br>MEDTRONICS CORPORATION ET. AL.<br><br>VOL. 3 IS OPEN VOL. & IN DEPT.<br>VOL. 2 IS BEHIND DEPT. I | Plaintiff Counsel<br><br>Defendant Counsel | NO APPEARANCES |
|---|---|---|---|

**NATURE OF PROCEEDINGS:**

Counsel for defendant is ordered to prepare a Judgment of Dismissal.

CLERK'S CERTIFICATE OF MAILING

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the
MINUTE ORDER RE RULING ON SUBMITTED MATTER:
upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in SANTA MONICA, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Dated: JUNE 13, 2012

John A. Clarke, Executive Officer/Clerk

By: _____
MANNY MABUNGA

MINUTES ENTERED
06/13/12
COUNTY CLERK

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | |
|---|---|---|
| DATE: 06/13/12 | | DEPT. WE-J |
| HONORABLE CESAR C. SARMIENTO JUDGE | MANNY MABUNGA | DEPUTY CLERK |
| HONORABLE               JUDGE PRO TEM | | ELECTRONIC RECORDING MONITOR |
| NONE             Deputy Sheriff | NONE | Reporter |

| 4:00 pm | SC112290 | Plaintiff Counsel | NO APPEARANCES |
|---|---|---|---|
| | JOHN COLEMAN<br>VS<br>MEDTRONICS CORPORATION ET. AL. | Defendant Counsel | |
| | VOL. 3 IS OPEN VOL. & IN DEPT.<br>VOL. 2 IS BEHIND DEPT. I | | |

**NATURE OF PROCEEDINGS:**

CHRISTINE CHALLONER, ESQ.
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, Ca 90017

MICHAEL BROWN, ESQ.
Reed Smith
355 south Grand Avenue, Suite 2900
Los Angeles, Ca 90071

Page   5 of   5   DEPT. WE-J

MINUTES ENTERED
06/13/12
COUNTY CLERK

# PROOF OF SERVICE
## *John Coleman vs. Medtronic, Inc., et al.*
## Case No. SC112290

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On June 18, 2012, I served the following document(s) by the method indicated below: **NOTICE OF RULING SUSTAINING DEFENDANTS MEDTRONIC, INC. AND MEDTRONIC SOFAMOR DANEK USA, INC.'S DEMURRER TO PLAINTIFF'S THIRD AMENDED COMPLAINT *WITHOUT* LEAVE TO AMEND**

| | |
|---|---|
| ☐ | by transmitting via email to *jgocallahan@girardikeese.com* and *cteeman@girardikeese.com* on the noted date the document(s) listed above. |
| ☒ | by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
| ☐ | by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service. |

| | |
|---|---|
| Jim O'Callahan<br>Thomas V. Girardi<br>Girardi Keese<br>1126 Wilshire Blvd.<br>Los Angeles, CA  90017 | *Attorneys for Plaintiff*<br><br>Tel: (213) 977-0211<br>e-mail: jgocallahan@girardikeese.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 18, 2012, at Los Angeles, California.

*Sandra Garcia* (signed)
Sandra Garcia

-2-
Proof of Service
US_ACTIVE-107113838.1